Western District of Michigan

399 Federal Bldg
110 Michigan St NW
GrandRapids MI 49503

1:20-cv-794
Paul L. Maloney,
 United States District Court
Sally J. Berens,
 United States Magistrate Judge

**FILED - KZ**
August 21, 2020 3:26 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
_mg_ Scanned by E115 8/24

Alonzo Shaffer
Homeless/Disabled
Real_al21@yahoo.com
No Address

## Request for Summons Bring Forth Individuals
### Alphabetical coding directional pattern

#### Board of Commissioners

District 1 Stephanie L Moore

District 2 Zachary D. Bauer

District 3 Tracy Hall

District 4 Michael Seals
District 5 Julie Rogers
District 6 Jennifer Aniano

District 7 Roger Tuinie

District 8 John H. Gisler
District 9 Christine Morse
District 10 Mike Quinn
District 11 Meredith Place

**A**
CMDA Law Firm
2851 Charlevoix
Dr SE Suite 327,
Grand Rapids, MI 49546

**B**
Richard D McNulty, Counsel
Kalamazoo, MI 49007
Cohl, Stoker & Toskey, P.C.
601 N Capitol Ave • Lansing MI 48933

**C**
Kalamazoo County Government
Prosecuting Attorney
227 W Michigan Ave,

**D**
Tom Canny
227 W Michigan Ave,
Kalamazoo, MI 49007

**E**
Kalamazoo County Sheriff's Office
1500 Lamont Ave
Kalamazoo MI 49048

**F**
Mediator Paula J Manderfield
124 W Allegan St, Lansing,
MI 48933

July 29, 2019

<u>2019 JULY 29 Violated Contract</u>

ID:  
Insured Kalamazoo County  
Claimant: Alonzo Shaffer  
Matter No: 65770  
Claim No: 1602440  
Date of Loss: 08/13/13  
Our File No:105474

Rule 408: Compromise and Negotiations  
600.5807-Damages for breach of contract

Kalamazoo County, etc,  
File No:105474

Proposed Settlement Letter not honored, by Kalamazoo County Authorities, Corporate Council, CMDA, etc
A settlement or pre-trial conference is a meeting between opposing sides of a lawsuit at which the parties attempt to reach a mutually agreeable resolution of their dispute without having to proceed to a trial.

exhibit

<u>18 U.S. Code § 1512.Tampering with a witness, or victim, etc.</u>

Section 1512 of Title 18 constitutes a broad prohibition against tampering with a witness, victim or informant. It proscribes conduct intended to illegitimately affect the presentation of evidence in Federal proceedings or the communication of information to Federal law enforcement etc See 18 U.S.C. § 1515(a)(1)

**Kalamazoo County et, al,**

**(k)**Whoever conspires to commit any offense under this section shall be subject to the same penalties as those prescribed for the offense the commission of which was the object of the conspiracy.

**21 U.S. Code § 846.Attempt and conspiracy**

### I Alonzo Shaffer Request Settlement Conference due to Breach of-contract Regarding proposed settlement Letter etc.

A settlement conference-meeting between opposing sides in which parties attempt to reach mutually agreeable resolution of their dispute without proceeding to a trial

**600.5807 Damages for breach of contract**

1. We can settle dispute with Kalamazoo County, Breach of Contract, of Settlement agreement
2. Or Address any errors of Court, Or Both

Mailing Address:
1325 Fox Ridge Dr. Apt.# 112
Kalamazoo MI 49006

This:
Western District of Michigan
Grand Rapids
399 Federal Bldg 110 Michigan St NW
Grand Rapids MI 49503
US Court

Alonzo Shaffer____*Alonzo Shaffer*____     /    /
I Affirm this US Court to take AffirmativeWe can ACTION