# 1

| Alonzo Shaffer | # Addendum | Amanda Emme |
|---|---|---|
| Pro per Submission | Subpoena | 1500 Lamont Ave, |
| *Homeless* | Summons and Complaints | Kalamazoo, MI 49048 |
| real_al21@yahoo.com | Bench Warrant | |

I Alonzo Shaffer Grieve,
Due to the fact: Amanda Emme
  A. Failure to appear
  B. Flighting to avoid prosecution and testimony
  C. Obstruction of Justice
  D. Conspiracy to murder
  E. Conspired to attempt murder


I am entering a Summons and Complaint
Due to the fact:
Amanda Emme Fail to appear in US Federal Court
    On a Clearly established Court Date
        Failure to appear
        Flighting to avoid prosecution and testimony
        Obstruction of Justice
        Conspiracy to murder
        Conspired to attempt murder

I am entering a Subpoena, Summons and Complaint
Due to the fact:
Amanda Emme Fail to appear in US Federal Court
        Failure to appear
        Flighting to avoid prosecution and testimony
        Obstruction of Justice
        Conspiracy to murder
        Conspired to attempt murder

I am entering a Bench Warrant, Subpoena, Summons and Complaint,
Due to the fact:
Amanda Emme Fail to appear in US Federal Court
        Failure to appear
        Flighting to avoid prosecution and testimony
        Obstruction of Justice
        Conspiracy to murder
        Conspired to attempt murder

        When a person fails to appear in court,
the **court will** issue a warrant for that person's arrest; not just sometimes, every time. This type of warrant is called a bench warrant.

        Flighting to avoid prosecution and testimony
Whoever moves or travels in interstate or foreign commerce with intent either to avoid prosecution, or custody or confinement

        Obstruction of Justice
Someone obstructs justice when that person has a specific intent to obstruct or interfere with a judicial proceeding.

        Conspiracy to murder
If two or more persons conspire to violate section 1111, 1114, 1116, or 1119 of this title, and one or more of such persons do any overt act to effect the object of the conspiracy, each shall be punished by imprisonment for any term of years or for life.

**Motion to request enforcement of Summons et al,. through Master or trustworthy Judges..**

This:
Western District of Michigan
Grand Rapids
399 Federal Bldg 110 Michigan St NW
Grand Rapids MI 49503
US Court

Alonzo
Shaffer _____     08 /21/ 2020
I Affirm this US Court to take Affirmative ACTION

**I Request an amount of:**
$500,000 but not limited to
So relief can and will be granted.