2

Approved, SCAO

Original - Police
Copy - Court
Additional copies as needed

| STATE OF MICHIGAN<br>___ JUDICIAL DISTRICT<br>___ JUDICIAL CIRCUIT<br>___ COUNTY PROBATE | MOTION, AFFIDAVIT,<br>AND BENCH WARRANT | CASE NO. |
|---|---|---|

ORI
MI-___
Police Report No. ___

Court address: 110 Michigan St., N.W. Grand Rapids MI 49053

Court telephone no.: 616-456-2381

Plaintiff
☐ The People of the State of Michigan
☒ Alonzo Shaffer

v

Defendant(s)/Probationer: Amanda Emme

☒ Civil   ☐ Criminal _____
                      Current Charge

CTN: 
TCN:
SID:
DOB:

☐ Probate  ☐ Juvenile
In the matter of _____

**MOTION AFFIDAVIT**

A motion and affidavit is not required when the bench warrant is issued on the judge's own motion.
I request that a bench warrant be issued and  Amanda Emme
                                               Name of respondent
be arrested and
☒ held in contempt for failure to appear.  ☒ held in contempt for the following reasons: (Specify in the space below)

Creditable witness, Conspired to commit murder, Flight Risk, Conspiracy to murder, obstruction of Justice

This affidavit is made on my personal knowledge and, if sworn as a witness, I can testify competently to the facts in this affidavit.

Signature: Alonzo Shaffer

Subscribed and sworn to before me on AUGUST 20, 2020, KALAMAZOO County, Michigan.
                                       Date

My commission expires: NOV. 1, 2021    Signature: David J. DeVries
                       Date                       Notary public/Deputy clerk

Notary public, State of Michigan, County of KALAMAZOO

DAVID J DE VRIES
NOTARY PUBLIC - STATE OF MICHIGAN
COUNTY OF KALAMAZOO
My Commission Expires Nov. 1, 2021
Acting in the County of KALAMAZOO

**BENCH WARRANT**

| Full name (type or print) | Date of birth* |
|---|---|
| Address | City | State | Zip | DLN |
| Sex* | Eye color | Hair color | Height | Weight | Race* | Scars, tattoos, etc. |

*These items must be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

Bring the respondent before the court immediately, or respondent may be released when a cash or surety bond in the amount of
$ _____ is posted for personal appearance before the court at its next session.

Date _____   Judge _____   Bar no. _____

**MEMORANDUM COPY - NOT TO BE USED FOR ARREST**

TO THE COURT CLERK: When the original charge in a criminal case is more than a 92-day misdemeanor or felony and the defendant has not been sentenced or discharged, advise the Michigan State Police Criminal Justice Information Center of this Motion and Bench Warrant Memorandum as required under MCL 769.16a.

MC 229  (6/19)  MOTION, AFFIDAVIT, AND BENCH WARRANT                                        MCR 3.606