# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MICHIGAN

**FILED - KZ**
September 17, 2020 3:56 PM
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
ems Scanned by EMS 9/18

Alonzo Shaffer
Homeless
Disabled

Plaintiff(s),

v

Moore, et al...

Defendant(s).

Case No. 1:20-794
Honorable Maloney

**(Jurisdiction is conferred By: 28 USC 1331 1343 (a)(3) (4**

I Motion this Court:
I Object to Report R&R Report Recommendation
By:
Magistrate Judge Meloney

Due to the fact:
Would be all out failure of justice if:
I did nothing

Please pardon Me Judge Meloney may
I ask why have you written these:
Absurdities,
Thoughts,
Bias rage
of deception

It is a
Great
Unconstitutional
Disastrous
Safety issue for:
American:
Citizens,there,
Constitutional Rights

It can will cause:
Mass Injury
Physically Mentally
Unconstitutionally

I Will Not
I as an American Citizen allow this to occur
In the country
I travel in
I am a traveler in the name of Justice world peace
Magistrate judge Meloney

These type of:
Conspiracies
Happen
All The
Time

When It comes to:
Corrupt government
Employs which make a
Bad name for the
Judicial systems
For the good
Government employees

I am an individual
People's person
Traveler of the
World the free, United States
America
Not I travel alone

| | |
|---|---|
| I Motion this court to conduct: | |
| 12US code 5382 Judicial review | <u>These individuals actions-violated</u> |
| Matter: this court | 1st Amendment Right |
| Moore et al | 8th Amendment Right |
| | 14th Amendment Right |
| | Etc |

<u>Now comes Plaintiff: Alonzo Shaffer</u>

I Present facts with <u>Evidence</u> when it comes To: Kalamazoo County Conspiracy To:

| | |
|---|---|
| Attempt Murder | Code: 750.91 |
| Evidence | Rule 301 |
| Witness, | Rule 601 |
| Video, | Rule 301 |
| Audio, | Rule 301 |
| Written, | Rule 301 |
| Typed, | Rule 301 |
| Etc... | |

<u>There is nothing left for Me to do, or be subject to failure</u>
I motion this US Court to Object To:
District Judge Maloney R&R Report Recommendation
Rule: 72- Objection
Dismissing, Case: 1:20-cv-794
It would Be: Futile **Unconstitutional**

I Motion the Court to strike all appearance of Bias
District Judge Meloney RR do Not allow it to pass Muster
Norr Survive My Objection to RR Report Recommendation

While you are not As Deeply seated on Case: 1:20-cv-794
I Motion District Judge Meloney to stand up and step away from:
**Case:1:20-cv-794, So that relief can be granted**

## District Judge Maloney before you do:

I Motion this US Court/Magistrate Meloney To open Discovery
So that truth can be known in this Westen District of Michigan
Trial Court of law,

Under **Rule: 2.302** - Duty to disclose; general **rules Governing Discovery**
**So that relief can be granted**

Alonzo Shaffer _/s/ Alonzo Shaffer_     9/17/2020
Homeless
Disabled
real_al21@yahoo.com

Compensatory and Punitive Damages

Plaintiff Shaffer pursues this Claim under tort,
My goal is to insure a legal remedy for an Award of Damages.
The Damages in this tort should be awarded to restore Plaintiff Shaffer to the position
Plaintiff Shaffer was in had the tort not occurred.
$5,000,000 In Damages should be an award of money, to be paid to Plaintiff Shaffer as compensation for loss, injury.
This 11,000.000 amount is classified as compensatory for actual and punitive damages.
Should be awarded as Compensatory Damages further categorized as
Special Damages, which are economic losses such as loss of earnings, Medical expenses,
General, Damages, which are: Pain, Suffering, Emotional, Distress.

Plaintiff Motion this court To apply punitive Damages in order to compensate plaintiff Shaffer..
Also to Reform, Detour Defendant,
similar persons from Pursuing a course of wrongful action.
Such as that which damaged Plaintiff Shaffer.

Punitive damages should be awarded in this Special case..
Defendant acted in a:
Blatantly,
Negligent,
Malicious,
Grossly,
Reckless,
Manner.
In the case of Shaffer, 120-cv-794

For an example:
In Plaintiff Shaffer Complaint,
Defendant individuals Kalamazoo County Board Members et al ,
Showing of neglect Deliberate Indifference, neglect Reckless disregard, At the kalamazoo County Board meeting on 12/05/2017 etc…
Forms a claim of conspiracy Etc…
I also made a request in the form of a Jail video that I did not receive.

Defendant individuals Kalamazoo County Board Members actions
Resulted: in Plaintiff Shaffer further injuries.
Over 4 Injuries occurred during the course of Defendant individuals Kalamazoo County Board Members Failure.
Conspiracy to attempted murder 18 U.S. Code § 1113 - Attempt to commit murder, Manslaughter.
Injuries are Severe enough to require a doctor's continuous Care for several years..

During case: 120 -794, discovery process, internal records submitted for discovery will reveal that Defendant individuals Kalamazoo County Board Members caused a injury.

A jury would find that Defendant individuals Kalamazoo County Board Members, Sheriff Fuller, knew exactly what had happened by viewing video of an attack.

Defendant individuals, Kalamazoo County Board Members, Sheriff Richard Fuller's actions are Dangerous, injuring Plaintiff Shaffer, repeatedly, injuring any other citizens with Same circumstances.
Kalamazoo County knew of their actions..
Kalamazoo County had done nothing to correct the problem.
There are over 11 counts of conspiracy by Defendant individuals Kalamazoo County Board Members, et al...

A jury should decide on Award Amount of $5,000,000 in compensatory damages,
Due to the fact:  there were 18 individuals involved

Attributed All percent of the fault To defendants, raising, Plaintiff Shaffer Compensation to $11,000,000. Due to the fact: Kalamazoo County Conspiracy, Attempted Murder…

A jury also should award Plaintiff Shaffer a third % of $5,000,000 in punitive damages,
All Calculations is within Kalamazoo County's Net Worth.
Net Worth can be seen on Forbes, Kalamazoo County's (Net Worth).
Which partially, Represented 7ys. of Kalamazoo County/Kalamazoo County Sheriff's Office jailing, sales, Revenue, etc…

The judge should also allow a raise in punitive Damages, in the amount of $11,000,000. These cases are often categorized for a very high amount of Damages the jury awards. A jury also should award Plaintiff Shaffer a third % of $5,000,000 in punitive damages.

In discovery, The following transcript will Prove My Claim Exhibit.

Kalamazoo, MI
Kalamazoo-Portage, MI  -  (ALL IN CONSPIRACY)
net worth $17.8B
201 W Kalamazoo Ave,
Kalamazoo, MI 49007
269-383-8840

Cohl, Stoker & Toskey, P.C.
Richard D McNulty - **Corporate council - (**IN CONSPIRACY)
601 N Capitol Ave
Lansing MI 48933
517-372-9000

Cummings, McClorey, Davis and Acho P.L.C. Attorneys/Lawyers   - (ALL IN CONSPIRACY)
2851 Charlevoix Dr SE
Suite 327,
Grand Rapids, MI
616 - 975-7470


Alonzo Shaffer _(signed)_  09/17/2020
Homeless
Disabled
real_al21@yahoo.com

Compensatory and Punitive Damages

Plaintiff Shaffer pursues this Claim under tort,
My goal is to insure a legal remedy for an Award of Damages.
The Damages in this tort should be awarded to restore Plaintiff Shaffer to the position
Plaintiff Shaffer was in had the tort not occurred.
$500,000 In Damages should be an award of money, to be paid to Plaintiff Shaffer as compensation for loss, injury.
This 700.000 amount is classified as compensatory for actual and punitive damages.
Should be awarded as Compensatory Damages further categorized as
Special Damages, which are economic losses such as loss of earnings, Medical expenses,
General, Damages, which are: Pain, Suffering, Emotional, Distress.

Plaintiff Motion this court To apply punitive Damages in order to compensate plaintiff Shaffer..
Also to Reform, Detour Defendant,
similar persons from Pursuing a course of wrongful action.
Such as that which damaged Plaintiff Shaffer.

Punitive damages should be awarded in this Special case..
Defendant acted in a:
Blatantly,
Negligent,
Malicious,
Grossly,
Reckless,
Manner.
In the case of Shaffer, 120-cv-794

For an example:
In Plaintiff Shaffer Complaint,
Defendant individuals Showing of neglect Deliberate Indifference, neglect Reckless disregard,
At the kalamazoo County Board meeting on 12/05/2017 etc…
Forms a claim of conspiracy Etc…
I also made a request in the form of a Jail video that I did not receive.

Defendant individual Amanda Emme actions
Resulted: in Plaintiff Shaffer further injuries.
Over 4 Injuries occurred during the course of Defendant individuals Amanda Emme Failure to appear in a federal court of law. By a Magistrate Judges Request..
To bare witness to Conspiracy to attempted to murder 18 U.S. Code § 1113 - Attempt to commit murder, Manslaughter.

Injuries are Severe enough to require a doctor's continuous Care for several years..

During case: 120 -794, discovery process, internal records submitted for discovery will reveal that Defendant, individual Amanda Emme caused an injury.

A jury would find that Defendant individuals Amanda Emme, Kalamazoo County Board Members, Sheriff Fuller, knew exactly what happened..

Defendant individuals, Amanda Emme, Kalamazoo County Board Members, Sheriff Richard Fuller's actions are Dangerous, injuring Plaintiff Shaffer, repeatedly, injuring any other citizens with Same circumstances.
Kalamazoo County knew of Defendant Individual Amanda Emme actions..
Kalamazoo County had done nothing to correct the problem.
of conspiracy by Defendant individuals Amanda Emme, Kalamazoo County Board Members, et al...

A jury should decide on Award Amount of $500,000 in compensatory damages,
Due to the fact: Amanda Emme actions of failure caused (GBH) great bodily harm.

Attributed All percent of the fault To defendants, raising, Plaintiff Shaffer Compensation to $700,000. Due to the fact: Amanda Emme, Conspiracy, Attempted Murder...

A jury also should award Plaintiff Shaffer a third % of $700,000 in punitive damages,
All Calculations is within Kalamazoo County's Net Worth.
Net Worth can be seen on Forbes, Kalamazoo County's (Net Worth).
Which partially, Represents 7ys. of Kalamazoo County/Kalamazoo County Sheriff's Office jailing, sales, Revenue, etc...

The judge should also allow a raise in punitive Damages, in the amount of $700,000.

These cases are often categorized for a very high amount of Damages, that jury awards.
A jury also should award Plaintiff Shaffer a third % of $700,000 in punitive damages.

In discovery, The following transcript will Prove My Claim Exhibit.

Kalamazoo, MI
Kalamazoo-Portage, MI   -    (ALL IN CONSPIRACY)
net worth $17.8B
201 W Kalamazoo Ave,
Kalamazoo, MI 49007
269-383-8840

Cohl, Stoker & Toskey, P.C.
Richard D McNulty - **Corporate council - (**IN CONSPIRACY)
601 N Capitol Ave
Lansing MI 48933
517-372-9000

Cummings, McClorey, Davis and Acho P.L.C. Attorneys/Lawyers   - (ALL IN CONSPIRACY)
2851 Charlevoix Dr SE
Suite 327,
Grand Rapids, MI
616 - 975-7470

Alonzo Shaffer _____[signature]_____  09/17/2020
Homeless
Disabled
real_al21@yahoo.com

Commissioners meeting

On December 5 2017

I Alonzo Shaffer went to a Kalamazoo County Board Meeting All Kalamazoo County Commissioners where present

At this meeting one reason why

I went to meeting is to discuss issues regarding a Jail stay at Kalamazoo County Sheriff's Office Located:

1500 lamont Ave kalamazoo County Michigan 49048

I explained an incident that happened inside Of the Sheriff's office

All Commissioners where looking and listening to everything

I Shaffer explained to

Kalamazoo County a Governmental entity Commissioners what had happened to me at the meeting on On December 5 2017                                    Commissioners meet

| | |
|---|---|
| Commissioners all had my address | PO Box At that time |
| Do to the fact It is requirement to | I followed requirements |
| State your address at the meeting | I stated address |
| I was choked by individual employee | Sheriff Dep untell |
| I told employs of the jail | Choked out |
| I can not breathe several times | Lack of air  THROAT |
| Individual employee of Sheriff's office Yelling out Obscenities | I don't give a fuck |
| I passed out from lack of air | Rendered unconscious |
| I also explained this to Board of Commissioners | In enough detail |
| Hoping Kalamazoo County, a governmental entity, Commissioners, | Concern |
| Would do something about what happen | No Action taken |
| I reported at  meeting in spite of what | Report |
| I have fact explained to Commissioners | (Commissioners cared not to heed) |

| | |
|---|---|
| Nothing was done | Neglect |
| To individuals when it comes to What happened in Jail | Conspiracy |
| I Reported to Commissioners | Report |
| Individuals are Still free to work inside Sheriff's office | Unconstitutional |
| 1500 Lamont Ave kalamazoo County Michigan 49048 | Employees address |
| Or Any Jail Any Date Any time | Safety Concern |

| | |
|---|---|
| To this day time: | Present |
| | Day _____ |
| | Time _____ |

It seems to me Kalamazoo County is harbeting perpetrators violators of Constitutional Rights

I Motion this court to request call upon a special prosecutor
I Motion this Court to call upon request a special Grand Jury

X _[signature]_

09-17-2020

X A.S

1.          NOW COMES Plaintiff Alonzo Shaffer with Facts stated

As follows:

2. This action arises under 42 USC 1983. Jurisdiction is conferred by 28 USC 1331, 1343(a)(3), (4).

3. Defendant individual Amanda Emme

4. Defendant individual Amanda Emme employed by Kalamazoo County

5. Kalamazoo County is a governmental entity.

6. That during a federal Court proceeding Defendant individual Amanda Emme was requested To this federal Court to bare witness to attempted Murder by a Magstrate Judge to appear 18 U.S. Code § 1113. Attempt

7. That when time went past Defendant Amanda Emme failed to appear to this court requested Magistrate Judge  18 U.S. Code § 3146. failure

8. Defendant individual Amanda Emme's continuous failure to appear injured the fair process of federal Court system 18 U.S. Code § 3146. failure

9. plaintiff shaffer to be free from cruel unusual punishment Constitutional Rights  8th 14th

10. That in order for Plaintiff Shaffer to let the truth be known In this federal Court Amanda Emme needs to undergo polygraph, professional fact finders to prevent 18 U.S. Code § 1621. Perjury under affirmation of Oath this US Federal Court et al...

11. To protect the People an Plaintiff Shaffer himself

12. From sheriff Deputies, police, further attacks,

13. Defendant individual Needs to appear to this Court an confess Amanda Emme needs to undergo polygraph, professional fact finders et al... or a world wide all out manhunt needs to take place in this USA United States Of America

14. So that all relief can be granted for all that has been harmed by corrupt gov Systems

15. At a federal Court Proceeding Plaintiff Shaffer Requested A video of an assault that was done on to Plaintiff Shaffer

16. Defendant individual Amanda Emme reckless disregard to plaintiff Shaffer human life violated constitutional Rights 8th 14th

17. Plaintiff could not can not stand all the recurring pain, suffering, caused by Constitutional Rights 8th 14th

18 Defendant individual Amanda Emme etc reckless disregard it violated Plaintiff Shaffer etc Constitutional Rights 8th 14th

19. Defendant individual continuing to use reckless disregard to human life continue to violate Plaintiff Shaffer an any other Citizen constitutional Rights
8th 14th

20. Plaintiff Shaffer suffers serious injuries to Neck, spine as a result of
8th 14th

21. Defendant individual Amanda Emme conspiracy neglect to Murder attempted Murder violated Plaintiff Shaffer Constitutional Rights 8th 14th

22. Defendant individual Amanda Emme actions, including but not limited to spinal injuries, nerve damage, emotional distress. Violated Plaintiff Shaffer etc
Constitutional Rights 8th 14th

23. Defendant individual Amanda Emme, owes Plaintiff Shaffer etc a duty of care
U.S. Code § 1109. Liability for breach of fiduciary duty

24. Defendant individual Amanda Emme Breached that duty of care
Plaintiff Shaffer Constitutional Rights 8th 14th

25. Plaintiff Suffers from injuries

26. These Injuries are a direct result of

27. Defendant individual Amanda Emme, etc,... Breach of duty
U.S. Code § 1109. Liability for breach of fiduciary dut

28. <u>Counts of Violation of 42 USC 1983 by Defendant individual Amanda Emme etc</u>

29. Plaintiff Shaffer incorporates all paragraphs above as fully restated herein and other constitutionally protected Rights not described above....

30. WHEREFORE Plaintiff Shaffer respectfully request that this Honorable Court enter judgment Against Defendant Kalamazoo County individual Amanda Emme etc in the amount of:

31. $500,000 USD, so that relief can be Granted

32. With Punitive Damages for failure to appear to federal District Judge Request

33. Respectfully Submitted

34. *[signature: Alonzo Shaffer]*  09/17/2020

35. Alonzo Shaffer, Plaintiff
36. Homeless
37. Email real_al21@yahoo.com