UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALONZO SHAFFER,

       Plaintiff,                        Case No. 1:20–cv–794

v.                                 Hon. Hala Y. Jarbou

STEPHANIE L. MOORE, et al.,

       Defendants.
_____/

## **ORDER**

    Plaintiff's Motion to Expedite, Date Time, for an Opening of Discovery (ECF No. 9) is DENIED.

    IT IS SO ORDERED.

Dated: November 2, 2020                     /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     United States District Judge